476 A.2d 94

Hips v. Hips, Appellant.

Submitted March 13, 1984. Eugene E. Kellis, for appellant;  Charles S. Wilson, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.